**Fill in this information to identify the case:**

Debtor 1   ERCELAWN MUNAWAR SHAH
DBA EVEREST
Debtor 2   LEILA GUL SHAH
DBA EVEREST

United States Bankruptcy Court for the:  EASTERN District of Texas
Case number  19-40803

Official Form 410S2
**Notice of Postpetition Mortgage Fees, Expenses, and Charges**                12/16

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim.  See Bankruptcy Rule 3002.1.

Name of Creditor:                                          Court Claim no. (if known):
QUICKEN LOANS INC.                                        9
Last four digits of any number you use to identify the
debtor's account: XXXX3928

**Does this notice supplement a prior notice of post-petition fees, expenses and charges**

☑ No

☐ Yes. Date of the last notice: _____

**Part 1:    Itemize Post-petition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred

| Description | Dates occurred | | Amounts |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney's fees | 4/10/2019 | (3) | $ 150.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of Claim fees | 4/17/2019 | (5) | $ 500.00 |
| 6. Appraisal/broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10.  Property preservation expenses. Specify | | (10) | $ |
| 11.  Other. Plan Objection. | 4/18/2019 | (11) | $ 550.00 |

Debtor 1:  ERCELAWN MUNAWAR SHAH
DBA EVEREST

Case number  19-40803

| | | | |
|---|---|---|---|
| 12. Other. Specify | _____ | (12) | $ _____ |
| 13. Other. Specify | _____ | (13) | $ _____ |
| 14. Other. Specify | _____ | (14) | $ _____ |

**The Debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1**

| Part 2: | Mortgage Payment Adjustment |
|---|---|

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

**Check the appropriate box.**

☐ I am the creditor.

☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information and reasonable belief.**

Signature: _____

Date: 5-8-19

Dominique Varner TBA #00791182/FIN 18805
Direct: 713-328-2818, dvarner@hwa.com;
Michael Weems TBA #24066273
Direct: 713-328-2822, mweems@hwa.com

**Title:** Attorney for QUICKEN LOANS INC.

Company:  Hughes Watters & Askanase, LLP
Address:  1201 Louisiana, Suite 2800
Houston, Texas 77092
Contact Phone:  713-759-0818

**Email:** dvarner@hwa.com
mweems@hwa.com

PPFN 2019-002529 iog

Debtor 1:  ERCELAWN MUNAWAR SHAH
DBA EVEREST

Case number  19-40803

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by electronic mail or by First Class U. S. Mail, postage prepaid on the _____8_____ day of May, 2019, to:

DEBTORS
ERCELAWN MUNAWAR SHAH
DBA EVEREST
LEILA GUL SHAH
DBA EVEREST
2506 CAYENNE DR
MCKINNEY, TX  75070

DEBTOR'S ATTORNEY
MARK S. RUBIN
RUBIN & ASSOCIATES, P.C.
13601 PRESTON RD
SUITE 500E
DALLAS, TX 75240

TRUSTEE
CAREY D. EBERT
P.O. BOX 941166
PLANO, TX  75094

OFFICE OF THE U.S. TRUSTEE
110 N. COLLEGE AVE. SUITE 300
TYLER, TX  75702

Dominique Varner          TBA #00791182/FIN 18805
Michael Weems             TBA #24066273

PPFN 2019-002529 iog



# HughesWattersAskanase

**Attorneys at Law**
Total Plaza
1201 Louisiana, 28th Floor
Houston, TX 77002
Telephone 713-759-0818
Facsimile 713-759-6834
TAX I.D. NO. 76-0249314

April 18,2019

QUICKEN LOANS INC.
20555 Victor Parkway
Livonia, MI 48152

# *I N V O I C E*

Matter ID:
    SHAH, LEILA
Client ID:  QUICKENLOANS

Invoice #: 99812

**For Professional Services Rendered:**

| | |
|---|---:|
| 04/10/2019<br>Plan Review Complete _recoverable | $150.00 |
| 04/17/2019<br>Prepare and File Proof of Claim _recoverable | 500.00 |
| Total Professional Services: | $650.00 |

### *INVOICE SUMMARY*

| | |
|---|---:|
| For  Professional Services: | $650.00 |
| | $650.00 |
| **Total Due:** | **$650.00** |

*These expenditures are required by the Texas Property Code Art. 51.002 and/or statutory or regulatory prescription



# HughesWattersAskanase

Attorneys at Law
Total Plaza
1201 Louisiana, 28th Floor
Houston, TX 77002
Telephone 713-759-0818
Facsimile 713-759-6834
TAX I.D. NO. 76-0249314

April 22,2019

QUICKEN LOANS INC.
20555 Victor Parkway
Livonia, MI 48152

# I N V O I C E

Matter ID:
    SHAH, LEILA
Client ID:  QUICKENLOANS

Invoice #: 99929

**For Professional Services Rendered:**

| | |
|---|---:|
| 04/18/2019 | $550.00 |
| Prepare and file Objection to Confirmation of Plan _recoverable | |
| Total Professional Services: | $550.00 |

## INVOICE SUMMARY

| | |
|---|---:|
| For  Professional Services: | $550.00 |
| | $550.00 |
| **Total Due:** | **$550.00** |

*These expenditures are required by the Texas Property Code Art. 51.002 and/or statutory or regulatory prescription